```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 16-12075-elf
John E Callahan, Jr.                                            Chapter 13
Jennifer Elizabeth Callahan
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Randi                    Page 1 of 1             Date Rcvd: Dec 17, 2019
                               Form ID: pdf900                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db/jdb         +John E Callahan, Jr.,    Jennifer Elizabeth Callahan,    5036 Smithfield Road,
                 Drexel Hill, PA 19026-4521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor John E Callahan, Jr.
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
              CHRISTIAN A. DICICCO    on behalf of Joint Debtor Jennifer Elizabeth Callahan
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Embrace Home Loans, Inc.
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Embrace Home Loans, Inc.
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 9

*Stip does not directly affect confirmed plan*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John E. Callahan Jr.<br>Jennifer Elizabeth Callahan aka Jennifer E. Forgette<br>　　　　　Debtors | CHAPTER 13 |
| RoundPoint Mortgage Servicing Corporation<br>　　　　　Movant<br>vs. | NO. 16-12075 ELF |
| John E. Callahan Jr.<br>Jennifer Elizabeth Callahan aka Jennifer E. Forgette<br>　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.　The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$10,836.00**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | August 2019 to December 2019 at $2,167.20/month |
| **Total Post-Petition Arrears** | **$10,836.00** |

2.　The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on January 1, 2020 and continuing through June 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **2,167.20** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1ˢᵗ) day of each month (with late charges being assessed after the 15ᵗʰ of the month), plus an installment payment of **$1,806.00** towards the arrearages on or before the last day of each month at the address below;

　　　　ROUNDPOINT MORTGAGE SERVICING CORPORATION
　　　　　　　　P.O. BOX 19409
　　　　　　　　CHARLOTTE, NC 28219

b).　Maintenance of current monthly mortgage payments to the Movant thereafter.

- 1 -

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   December 5, 2019              By: /s/ Rebecca A. Solarz, Esquire
                                      Attorney for Movant

Date:   12-12-19                      _____
                                      Christian A. DiCicco, Esquire
                                      Attorney for Debtors

Date:   12/13/19                      LeRoy Etheridge
                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Trustee   NO OBJECTION
                                                           *without prejudice to any
                                                           trustee rights and remedies.

- 2 -

# ORDER

Approved by the Court this <u>17th</u> day of <u>December</u>, 2019. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank

3