United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12075-elf |
| John E Callahan, Jr. | Chapter 13 |
| Jennifer Elizabeth Callahan | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14206346 | + | RoundPoint Mortgage Srving Corp, c/o Christopher M. McMonagle, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTIAN A. DICICCO | |
| | on behalf of Debtor John E Callahan  Jr. cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com |
| CHRISTIAN A. DICICCO | |
| | on behalf of Joint Debtor Jennifer Elizabeth Callahan cdicicco@myphillybankruptcylawyer.com christianadicicco@gmail.com;r57075@notify.bestcase.com |
| CHRISTOPHER M. MCMONAGLE | |
| | on behalf of Creditor RoundPoint Mortgage Servicing Corporation cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | |
| | on behalf of Creditor Embrace Home Loans  Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 10, 2020 | Form ID: trc | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD MILLER | |
| | on behalf of Creditor Embrace Home Loans  Inc. wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-12075-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

John E Callahan, Jr.  
5036 Smithfield Road  
Drexel Hill PA 19026

Jennifer Elizabeth Callahan  
5036 Smithfield Road  
Drexel Hill PA 19026

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/09/2020.

Name and Address of Alleged Transferor(s):

Claim No. 20: RoundPoint Mortgage Srving Corp, c/o Christopher M. McMonagle, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976

Name and Address of Transferee:

Freedom Mortgage Corporation  
10500 Kincaid Drive  
Fishers, IN 46037-9764

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/12/20

Tim McGrath  
**CLERK OF THE COURT**