*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John E Callahan, Jr. and
Jennifer Elizabeth Callahan
        Debtor(s)

Case No: 16–12075–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default Filed by ANDREW L. SPIVACK on behalf of Freedom Mortgage Corporation (related document(s)[37], [34], [36])

on: 2/16/21

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/5/21

Timothy B. McGrath
Clerk of Court

43 – 42
Form 167