# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE: | : |
| JOHN E CALLAHAN, JR. | : BK. No. 16-12075-elf |
| JENNIFER ELIZABETH CALLAHAN AKA | : |
| JENNIFER E. FORGETTE | : Chapter No. 13 |
|     Debtors | : |
| | : |
| **FREEDOM MORTGAGE CORPORATION** | : |
|     Movant | : |
|     v. | : 11 U.S.C. §362 |
| JOHN E CALLAHAN, JR. | : |
| JENNIFER ELIZABETH CALLAHAN AKA | : |
| JENNIFER E. FORGETTE | : |
|     Respondents | : |

## ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of **FREEDOM MORTGAGE CORPORATION** (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic s under 11 U.S.C. §362 is granted with respect to, 5036 SMITHFIELD RD, DREXEL HILL, PA 19026
(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and **FREEDOM MORTGAGE CORPORATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

Date:  2/16/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**