Certificate Number: 05781-PAE-DE-035493944

Bankruptcy Case Number: 16-12075



05781-PAE-DE-035493944

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 23, 2021, at 8:38 o'clock PM PDT, Jennifer Callahan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 23, 2021  By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President