**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:JOHN E. & JENNIFER E. CALLAHAN

**BANKRUPTCY:**
**16-12075 ELF**

COMPLETION OF PAYMENTS  UNDER THE PLAN

Pursuant to Federal Bankruptcy Rule 3002.1(f), William C. Miller, Chapter 13 standing trustee,hereby gives notice that the debtor(s) in this matter ("debtor") has completed all payments required tocure the default in the claim filed by the following creditor, and this claim has been paid in full:

CreditorFREEDOM MORTGAGE

CLAIM 20

Within 21 days of the service of this Notice, in accordance with Federal Bankruptcy Rule 3002.1(g), a creditor holding a claim secured by a security interest in the principal residence of debtor shall file and serve on debtor, counsel for debtor, and the standing trustee, a statement indicating whether
(1) it agrees that debtor has paid in full the amount required to cure the default on the claim, and (2) debtor is otherwise current on all payments consistent with 11 U.S.C.§1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of
the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and
is not subject to Rule 3001(f).

Respectfully submitted,
/s/ William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377

Dated         5/12/2021