United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12075-elf |
| John E Callahan, Jr. | Chapter 13 |
| Jennifer Elizabeth Callahan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 75 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E Callahan, Jr., Jennifer Elizabeth Callahan, 5036 Smithfield Road, Drexel Hill, PA 19026-4521 |
| cr | + | Embrace Home Loans, Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mt. Laurel, NJ 08054, UNITED STATES 08054-1218 |
| cr | + | RoundPoint Mortgage Servicing Corporation, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 13721812 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 13698048 | + | Aes/blue, Pob 61047, Harrisburg, PA 17106-1047 |
| 13698051 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14609936 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13771853 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13767310 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13900809 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13779569 | + | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corpor, 5016 Parkway Plaza Boulevard, Suite 200, Charlotte, NC 28217-1930 |
| 13698063 | | Fia Cs, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 13698064 | + | First Horizon Home Loa, First Tennesse Bank Attn: Bankruptcy, Po Box 1469, Knoxville, TN 37901-1469 |
| 14609937 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14610222 | + | Freedom Mortgage Corp., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14567445 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 13698065 | | Fremont Inv, Pob 8208, Orange, CA 92864 |
| 13698067 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 13698070 | + | Litton Loan Servicing/Ocwen, Attention: Bankruptcy, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 13698071 | + | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 13731714 | + | Navient Solutions, Inc. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 13698074 | + | Nemours/Alfred Dupont Hospital, PO Box 277802, Atlanta, GA 30384-7802 |
| 14392971 | + | RoundPoint Mortgage Servicing Corporation, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14392206 | + | RoundPoint Mortgage Servicing Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14206346 | + | RoundPoint Mortgage Srving Corp, c/o Christopher M. McMonagle, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 13698085 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 13698086 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 13742198 | + | Upper Darby Township, c/o James D. Smith, Finance Director, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 13753215 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13698088 | + | Wells Fargo Financial Nat'l Bk/Bobs Disc, Po Box 10438, Des Moines, IA 50306-0438 |
| 13698089 | + | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac # X 2302-04e Po Box 10335, Des Moines, IA 50306-0335 |
| 13698091 | + | Xls/slma, Pob 2461, Harrisburg, PA 17105-2461 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | |
| | | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13698050 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2021 23:44:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 13709745 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2021 23:44:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 13698049 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2021 23:43:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 13747053 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2021 23:49:39 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 13698052 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13730786 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13798558 | + | Email/Text: cdicicco@myphillybankruptcylawyer.com | Jun 16 2021 23:43:00 | Christian A. DiCicco, Esq., Law Offices of Christian A. DiCicco, 2008 Chestnut Street, Philadelphia, PA 19103-4535 |
| 13698056 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:09:14 | Citibank / Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13698057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:45 | Citimortgage, Citimortgage Inc/Attn: Bankruptcy., Po Box 6030, Sioux Falls, SD 57117-6030 |
| 13698058 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Comenity Bank/Chadwicks Of Boston, Po Box 182125, Columbus, OH 43218-2125 |
| 13698059 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Comenity Bank/New York & Company, Po Box 182125, Columbus, OH 43218-2125 |
| 13698060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:23 | Comenity Bank/vctrssec, Po Box 182125, Columbus, OH 43218-2125 |
| 13698061 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:46 | Dsnb Macys, Macys Bankruptcy Department, Po Box 8053, Mason, OH 45040 |
| 13698053 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:04 | Chase - Pier 1, Po Box 15298, Wilmington, DE 19850 |
| 13698054 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:29 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 13698055 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:04 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13698062 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:29 | EMC Mortgage/Chase, 3415 Vision Drive, Mail Code OH4-7126, Columbus, OH 43219 |
| 13698066 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Kay Jewelers, Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 13698068 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2021 23:43:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 13766220 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2021 23:49:38 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 16-12075-elf    Doc 56    Filed 06/18/21    Entered 06/19/21 00:38:04    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 75 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13698069 | + | Email/Text: bk@lendingclub.com | Jun 16 2021 23:45:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 13731521 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 13698072 | + | Email/PDF: pa_dc_claims@navient.com | Jun 16 2021 23:49:13 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13698073 | | Email/Text: ebn@nemours.org | Jun 16 2021 23:44:00 | Nemours Children's Health System, PO Box 530253, Atlanta, GA 30353-0253 |
| 13698075 | + | Email/PDF: cbp@onemainfinancial.com | Jun 16 2021 23:49:23 | Onemain Financial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 13698076 | + | Email/Text: bankruptcy@prosper.com | Jun 16 2021 23:45:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 13770698 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13706645 | | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:13 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13698077 | | Email/PDF: cbp@onemainfinancial.com | Jun 17 2021 10:34:04 | Springleaf Financial S, Po Box 218, Upper Darby, PA 19082 |
| 13698078 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:01 | Syncb/toysrusdc, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 13698079 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:01 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 13698080 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13698081 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:01 | Synchrony Bank/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13698082 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:26 | Synchrony Bank/HH Greg, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13698083 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13778308 | + | Email/Text: bncmail@w-legal.com | Jun 16 2021 23:44:23 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13698087 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 16 2021 23:43:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 13698090 | + | Email/Text: bankruptcyxfcu@kinecta.org | Jun 16 2021 23:43:00 | Xceed Financial Fcu, 2200 E Grand, El Segundo, CA 90245-2836 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 13771855 | * | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13698084 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHRISTIAN A. DICICCO | on behalf of Debtor John E Callahan Jr. cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com |
| CHRISTIAN A. DICICCO | on behalf of Joint Debtor Jennifer Elizabeth Callahan cdicicco@myphillybankruptcylawyer.com christianadicicco@gmail.com;r57075@notify.bestcase.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Embrace Home Loans Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor RoundPoint Mortgage Servicing Corporation cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Embrace Home Loans Inc. wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: John E Callahan, Jr. and Jennifer Elizabeth Callahan

        Debtor(s)                                                 Bankruptcy No: 16−12075−elf

                                                                         Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                      For The Court
                                                            Timothy B. McGrath
                                                               Clerk of Court

Dated: 6/16/21

                                                                                     55 − 54
                                                                    Form 138_new